UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOTT C. SMITH,

        Plaintiff,

v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS.

        Defendant.

CASE NO. C10-5228RBL/JRC

ORDER ON REMOVAL

This 42 U.S.C. §1983 Civil Rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b) (1) (A) and (B) and Local Magistrate Judge's Rules MJR 1, MJR 3, and MJR 4. The matter was removed from state court as plaintiff alleges a violation of due process under the fourteenth amendment to the United States Constitution.

Rather than filing a motion to remand the action to state court, plaintiff filed objections (Dkt. # 11). Plaintiff notes that the only named defendant is the state, which is not a "person" for purposes of the civil rights act (Dkt. # 11). Defendant argues that the objection goes to the merits of the action and not whether removal is proper (Dkt. # 12). As there is a federal question

ORDER - 1

1 at issue, removal was proper. To the extent the objection can be considered as a motion to

2 remand to state court the motion is DENIED.

3   The Clerk of Court is directed to send a copy of this Order to plaintiff.

4   DATED this 9th day of June, 2010.

```
                              /s/ J. Richard Creatura
                              _____
                              J. Richard Creatura
                              United States Magistrate Judge
```

ORDER - 2