UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCOTT C. SMITH, | |
| Plaintiff, | CASE NO.  C10-5228RBL/JRC |
| v. | ORDER DENYING PLAINTIFF'S MOTION TO SERVE AS MOOT |
| WASHINGTON STATE DEPARTMENT OF CORRECTIONS. | |
| Defendant. | |

This 42 §1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b) (1) (A) and (B) and Local Magistrate Judge's Rules MJR 1, MJR 3, and MJR 4.  On June 2, 2010, plaintiff filed a motion asking the court to serve the amended complaint (Dkt. # 19).  The court entered an order directing service on June 24, 2010, but the motion was not removed from the calendar.  The motion to serve is DENIED AS MOOT.

The Clerk's office is directed to remove (Dkt. # 19), from the court's calendar and send a copy of this Order to plaintiff.

DATED this 8th day of September, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1